**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-0136-SI |
| Plaintiff, | **ORDER RETURNING PASSPORT** |
| v. | |
| GHOLAMREZA MIKAILLI, | |
| Defendant. | |

Defendant, Gholamreza Mikailli, having been sentenced on September 24, 2004, and defendant also having completed his term of incarceration,

IT IS HEREBY ORDERED that defendant's United States of America passport be returned to him.

**IT IS SO ORDERED.**

Dated: August 21, 2008

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE