

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

September 24, 2008



SEP 2 6 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Susan Illston
United States District Judge
San Francisco, CA

Re:     Gholamreza Mikailli
        Docket No.: CR 3:02-00136-01 SI
        <u>TRAVEL REQUEST</u>

Your Honor:

On September 24, 2004, the offender was sentenced by Your Honor to 51 months custody and three years of supervised release for 10 counts related to and including Securities Fraud, False Filings, False Statements, and False Books and Records. The following special conditions of supervision were ordered: Special assessment $1100; restitution $950,000; fine $50,000; access to financial information; no position of fiduciary responsibility. Supervision commenced on September 20, 2008. Mr. Mikailli has paid his special assessment, restitution, and fine in full.

Mr. Mikailli is requesting permission from the Court to travel to Iran in late October. His mother is ill with Alzheimer's disease and he has not seen her in several years. While it is not typical that the probation office would support such a request this early in an offender's supervision, it does appear to be a special circumstance.

The undersigned recommends that travel be approved.

Respectfully submitted,

Reviewed by:

_____
Jennifer Hutchings
U.S. Probation Officer

_____
James M. Schloetter
Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Gholamreza Mikailli  Page 2
CR CR 3:02-00136-01 SI

Travel is:
☒ Approved
☐ Denied

_____9/14/08_____  _____[signature]_____
Date  Susan Illston
 United States District Judge