

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

December 19, 2008

The Honorable Susan Illston
United States District Judge
San Francisco, CA

Re:     Gholamreza Mikailli
        Docket No.:  CR 3:02-00136-01 SI
        TRAVEL REQUEST

**RECEIVED**

DEC 2 2 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Your Honor:

On September 24, 2004, the offender was sentenced by Your Honor to 51 months custody and three years of supervised release for 10 counts related to and including Securities Fraud, False Filings, False Statements, and False Books and Records. The following special conditions of supervision were ordered: Special assessment $1100; restitution $950,000; fine $50,000; access to financial information; no position of fiduciary responsibility. Supervision commenced on September 20, 2008. Mr. Mikailli has paid his special assessment, restitution, and fine in full.

Mr. Mikailli is requesting permission from the Court to travel to Iran in late January. His mother has Alzheimer's disease and continues to deteriorate. The Court approved Mr. Mikailli to take a trip to Iran back in October, he returned as scheduled and without incident.

The undersigned recommends that travel be approved.

NDC-SUPV-049 11/14/05

Gholamreza Mikailli                                                    Page 2
CR 02-00136-01 SI

Respectfully submitted,                        Reviewed by:


_____          _____
Jennifer Hutchings                             James M.  Schloetter
U.S. Probation Officer                         Supervisory U.S. Probation Officer



Travel is:
☑ Approved
☐ Denied


_____2/3/09_____               _____
Date                                           Susan Illston
                                               United States District Judge


NDC-SUPV-049 11/14/05