

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 1, 2009

**RECEIVED**

APR 7 2009

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

The Honorable Susan Illston
United States District Judge
San Francisco, CA

Re:   Gholamreza Mikailli
      Docket No.: CR 3:02-00136-01 SI
      <u>TRAVEL REQUEST</u>

Your Honor:

On September 24, 2004, the offender was sentenced by Your Honor to 51 months custody and three years of supervised release for 10 counts related to and including Securities Fraud, False Filings, False Statements, and False Books and Records. The following special conditions of supervision were ordered: Special assessment $1,100; restitution $950,000; fine $50,000; access to financial information; no position of fiduciary responsibility. Supervision commenced on September 20, 2008.  Mr. Mikailli has paid in full his special assessment, restitution, and fine.

Mr. Mikailli is requesting permission from the Court to travel to Iran from April 24, 2009, to June 3, 2009, to visit with family.  The Court previously approved travel to Iran in 2008.  After each travel, he reported his return immediately to the probation officer.

The undersigned recommends that travel be approved.

Respectfully submitted,

_____
Esmerelda Gupton
U.S. Probation Officer

Reviewed by:

_____
Susan Portillo
Supervisory U.S. Probation Officer

---

Travel is:
☒ Approved
☐ Denied

4/7/09
_____
Date

_____
Susan Illston
United States District Judge

NDC-SUPV-049 11/14/05