

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GHOLAMREZA MIKAILLI,<br><br>   Defendant. | No. CR-02-00136 SI<br><br>**ORDER EXONERATING BOND** |

IT IS HEREBY ORDERED that the bond be ~~executed~~ exonerated in the above-entitled case.

Dated: 1/15/10

SUSAN ILLSTON
United States District Judge

1



Honorable Susan Ilston

US District Judge

Northern District of California

**FILED**

08 DEC -3 PM 12: 48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Case No. CR02-00136SI)            Date: Dec 3, 2008    CR02-136 SI

United States vs. Gholamreza Mikailli

Your Honor,

On May/20/2002, I was arraigned in the US District court of San Jose and was freed after posting a bail. The bail was secured by government's lien on my house located at 14486 Leland Circle, Saratoga Ca 95070. Since then, I have fulfilled all terms of my sentencing and the lien should have been removed. But the lien on my property is still active.

In order to remove the lien on my property, the Clerk of the USDC requires an order from your court ordering to record a Deed of Reconveyance signed by the US District Court. Therefore, I respectfully request from your court to issue such an order.

Respectfully submitted,

Gholamreza Mikailli