

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 14, 2010

Susan Illston
United States District Judge
San Francisco, CA

**Re:   Gholamreza Mikailli**
       Docket No.:  CR CR 3:02-00136-01 SI
       **TRAVEL ORDER**

Your Honor:

On September 24, 2004, the offender was sentenced by Your Honor to Fifty-one (51) months custody and three (3) years supervised release., for a violation of the following: Count One: Conspiracy to Commit Securities Fraud, 18 U.S.C. § 371, a Class D felony; Count Two: Securities Fraud and Aiding and Abetting, 15: §§ 78j, 78ff, 17 C.F.R. § 240.10b-5, 18-2, a Class C felony; Count Three: Securities Fraud, 15: §§ 78j, 78ff, 17 C.F.R. § 240.10b-5, a Class C felony; Count Four: False SEC Filing for Quarter Ending July 31, 1999, 15: §§ 78j, 78ff, 17 C.F.R. § 240.10b-5, 18-2, a Class C felony; Count Five: False SEC Filing for Quarter Ending October 31, 1999, 15: §§ 78j, 78ff, 17 C.F.R. § 240.10b-5, 18-2, a Class C felony; Count Six: False SEC Filing for Quarter Ending January 31, 2000, 15: §§ 78j, 78ff, 17 C.F.R. § 240.10b-5, 18-2, a Class C felony; Count Seven: False Statement to Auditors and Aiding and Abetting, 15: §§ 78j, 78ff, 17 C.F.R. § 240.10b-5, 18-2, a Class C felony. The following special conditions of supervision were ordered: Special assessment $1,000.00; restitution $950,000.00; fine $50,000.00; access to financial information; no position of fiduciary responsibility; prohibited from serving as officer of any issuer of securities registered. Supervision commenced on September 20, 2008.

The offender is requesting the Courts permission to travel to Tehran, Iran to visit and care for his ill mother from September 1, 2010 to November 15, 2010. To date, the offender has satisfied all outstanding conditions and remains both cooperative and compliant with supervision. There have been no problems to report and the offender remains stable with both residence and employment. In addition, the Court has approved the offender's previous requests on September 21, 2008, April 7, 2009, and on March 22, 2010.

Based on the above information, the probation officer is recommending the Court approve the offender's request to travel internationally from September 1, 2010 to November 15, 2010 and provide the probation officer with discretion to approve all future travel to Iran if needed.

NDC-SUPV-049 11/14/05

Gholamreza Mikailli  
CR CR 3:02-00136-01 SI

Page 2

Respectfully submitted,

*Wayne A. Mirikitani*  
Wayne A. Mirikitani  
Probation Officer Assistant

Reviewed by:

*Robert E. Tenney*  
Robert E. Tenney  
Supervisory U.S. Probation Officer

---

Travel is:  
☒ Approved  
☐ Denied

7/19/10  
Date

*Susan Illston*  
Susan Illston  
United States District Judge

NDC-SUPV-049 11/14/05